**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Legend International Holdings Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **23-3067904** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **Level 1A, 42 Moray Street** **Southbank, Victoria 3006** | **PO Box 6315 St Kilda Road Central** **Melbourne, VIC 3004** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Australia** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.lgdi.net** |

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
__212392__

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | When | _____ | Case number | _____ | |
| | District _____ | When | _____ | Case number | _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

| | Debtor _____ | | | Relationship to you _____ |
|---|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ | |

**11. Why is the case filed in this district?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signature |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      May 8, 2016
                 MM / DD / YYYY

X _~T.~A.~Gutnick_____          Joseph Gutnick
Signature of authorized representative of debtor    Printed name

Title    **Chairman of the Board/President & CEO**

**18. Signature of attorney**

X /s/ Steven K. Kortanek _____        Date   May 8, 2016
Signature of attorney for debtor                            MM / DD / YYYY

Steven K. Kortanek _____
Printed name

Drinker Biddle & Reath LLP _____
Firm name

222 Delaware Avenue, Suite 1410
Wilmington, DE 19801-1621
Number, Street, City, State & ZIP Code

Contact phone   **(302) 467-4238**        Email address   **steven.kortanek@dbr.com**

3106 _____
Bar number and State

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## District of Delaware

In re  **Legend International Holdings Inc.**

                                         Debtor(s)

Case No.

Chapter  **11**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  **000-32551**  .

2. The following financial data is the latest available information and refers to the debtor's condition on  **April 30, 2016**  .

  a. Total assets                                               $                    7,241,096

  b. Total debts (including debts listed in 2.c., below)        $                13,206,921

  c. Debt securities held by more than 500 holders:

Approximate number of holders:

| | | | | | | |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |

  d. Number of shares of preferred stock                      0            0

  e. Number of shares common stock               444,047,971       52

      Comments, if any:
      **Debtor is informed that Indian Farmers Fertiliser Cooperative Limited and/or International Trading FZE hold legal title to 34,300,464 shares of the above total that are rescinded in accordance with an arbitration award between the parties.**

3. Brief description of Debtor's business:
   **Development of Phosphate Operation**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

    **(i) Planetes International Limited; (ii) Regals Fund LP, (iii) Renika PTY LTD (Gutnick); (iv) Cede & Co.**

**Fill in this information to identify the case:**

Debtor name    **Legend International Holdings Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration    Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May   8, 2016**     *X* **/s/ Joseph Gutnick**
                                     Signature of individual signing on behalf of debtor

                                     **Joseph Gutnick**
                                     Printed name

                                     **Chairman of the Board/President & CEO**
                                     Position or relationship to debtor

# OFFICER'S CERTIFICATE
## LEGEND INTERNATIONAL HOLDINGS, INC.

May 6, 2016

I, the undersigned, duly elected, qualified and acting Chairman of the Board, President, and Chief Executive Officer of Legend International Holdings, Inc., a corporation organized and existing under the laws of the State of Delaware (the "Company"), do hereby certify solely on behalf of the Company and not in my individual capacity, that in such capacity, I am authorized to execute this Certificate on behalf of the Company and further hereby certify that:

1. Attached hereto as **Exhibit A** is a true, correct, and complete copy of the resolutions duly adopted by the Directors of the Company on the date hereon approving and authorizing, among other things, the commencement of a case under Chapter 11 of Title 11 of the United States Code by the Company. Such resolutions have not been amended, modified, revoked or rescinded since their adoption and are in full force and effect on and as of the date hereof.

IN WITNESS WHEREOF, I have hereunto set my hand on behalf of the Company as of the date first written above.

**LEGEND INTERNATIONAL HOLDINGS, INC.**

By: _____
Joseph Gutnick
Chairman of the Board, President and Chief Executive Officer

**EXHIBIT A**
(Board Resolution)

**PROPOSED RESOLUTIONS**
**OF THE BOARD OF DIRECTORS**
**OF LEGEND INTERNATIONAL HOLDINGS, INC.**

*Approval of Bankruptcy Filing*

**WHEREAS, Legend International Holdings, Inc.**, a Delaware corporation (the "*Company*") is the subject of an arbitration award (the "*Award*") as against Company and in favor of Indian Farmers Fertiliser Cooperative Limited and Kisan International Trading Fze, ARB No. 019 of 2013 and ARB No. 072 of 2013 in the amount of US $12,350,000, and Indian Farmers Fertiliser Cooperative Limited and Kisan International Trading Fze have initiated proceedings in the Supreme Court of Victoria for the winding up in insolvency of the Company, case no. S CI 2016 01290.

**WHEREAS**, the Board of Directors (the "*Board*") determined that, in consequence of the proceedings described above, it would be in the Company's best interest to seek relief under Chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*").

**WHEREAS**, the Board has determined that it is in the Company's best interest to seek relief under Chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED**, that, the Board hereby approves the commencement of a case under Chapter 11 of the Bankruptcy Code by the Company (the "*Chapter 11 Case*").

**RESOLVED FURTHER**, that the President, Chief Executive Officer and Chief Financial Officer of the Company (each, an "*Authorized Person*") be, and each of them hereby is, acting singly, authorized to take all such steps and do all such acts and things as they shall deem necessary or advisable to commence the Chapter 11 Case, including but not limited to executing, verifying, and delivering a voluntary petition in the name of the Company under Chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*"), the making of any and all other necessary filings with the Bankruptcy Court, the Securities and Exchange Commission, The NASDAQ Global Market, LLC, or any other national or global securities exchange, and any other filings that such Authorized Persons determine to be necessary or advisable, the making and execution of any necessary or advisable instruments, certificates, affidavits, or other documents in connection therewith, the signing or endorsement of any checks, posting of any bonds, and the payment of any fees and expenses in such connection, and to take any and all action to make, execute, verify, and file all applications, certificates, documents, or other instruments and to do any and all acts and things that any one or more of them shall deem necessary, advisable, or appropriate in order to carry out the intent and purpose of any and all of the foregoing resolution.

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to take all actions necessary or appropriate for the Company to obtain post-petition financing according to the terms negotiated by such Authorized Person, including under one or more debtor-in-possession

credit facilities, and to effectuate the foregoing, to enter into such loan agreements, documents, notes, guaranties, security agreements, pledge agreements, and all other documents, agreements, or instruments (collectively, the "*Credit Documents*") as may be deemed necessary or appropriate by such Authorized Person.

**RESOLVED FURTHER,** that, in the Chapter 11 Case, the Company is authorized to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by any Authorized Person, as is reasonably necessary for the continuing conduct of the affairs of the Company.

**RESOLVED FURTHER,** that each Authorized Person be, and hereby is, authorized, directed, and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify, and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement, or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings, and other documents, agreements, and papers, including all Credit Documents, and to take any and all actions that the Authorized Person deems necessary or appropriate, each in connection with the Chapter 11 Case, any post-petition financing or any cash collateral usage contemplated hereby or thereby.

**RESOLVED FURTHER,** that each Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to employ and retain the law firms of Alston & Bird LLP and Drinker Biddle & Reath LLP to act as attorneys for the Company in connection with the Chapter 11 Case.

**RESOLVED FURTHER**, that each Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, restructuring, financial, accounting, and bankruptcy services firms (together with the foregoing identified firms, the "*Professionals*") as may be deemed necessary or appropriate by any Authorized Person to assist the Company in carrying out its responsibilities in the Chapter 11 Case and achieving a successful reorganization.

**RESOLVED FURTHER**, that, each Authorized Person be, and hereby is, authorized, with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement, or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings, and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in the judgment of the Authorized Person shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of these resolutions.

**RESOLVED FURTHER**, that all acts lawfully done or actions lawfully taken by any officer of the Company or any of the Professionals in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

**RESOLVED FURTHER**, that any and all actions, whether previously or subsequently taken by any Authorized Person or any other person authorized to act by an Authorized Person, that are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved, and confirmed.

***

Fill in this information to identify the case:

Debtor name    **Legend International Holdings Inc.**

United States Bankruptcy Court for the:    **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims. * Accounts kept by Debtor in AUD have been converted to USD.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ASIC Locked Bag 5000 Gippsland Mail Centre 3841 Australia** | | **Annual Filing Fees** | | | | **$3,096.67** |
| **Body Corporate Services PTY LTD PO Box 444 Broadbeach QLD 4218 Australia** | | **Body Corporate Fees for Property** | | | | **$1,527.72** |
| **Continental Stock Transfer & Trust Co 17 battery Place New York, NY 10004** | | **Stock Transfer Fees** | | | | **$10,539.87** |
| **David S Tyrwhitt PO Box 422 South Yarra VIC 3141 Australia** | | **Directors Fees** | | | | **$101,501.93** |
| **DEPT of Transport-NT GPO Box 530 Darwin NT Australia** | | **Motor Vehicle Registrations** | | | | **$771.84** |
| **Herbert Smith Freehills Level 42 101 Collins Street Melbourne VIC Australia** | | **Legal Fees** | | | | **$283,044.45** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Indian Farmers Fertiliser Cooperative Limited & Kisan International Trading FZE C-1 District Saket Place New Delhi Floral Park, NY 11001-7000 | | Directed Settlement Per Arbitration Order | Disputed | | | $12,350,000.00 |
| JI & SM Gutnick Level 1A 42 Moray Street South Melbourne VIC 3205 Australia | | Loan | | | | $1,520.98 |
| Judicial Holdings PTY LTD 36 Louise Place Gnangara WA 6077 Australia | | Directors Fees | | | | $121,242.66 |
| KPMG Financial Advisory PTY LTD KPMG House 147 Collins Street Melbourne VIC 3000 Australia | | Tax Advice | | | | $18,745.00 |
| Merlin Diamonds LTD Level 1A 42 Moray Street South Melbourne VIC 3205 Australia | | Supplies | | | | $539.14 |
| Mount ISA City Council PO Box 815 Mount ISA QLD 4825 | | Property Rates | | | | $3,092.68 |
| Northern Land Council GPO Box 1222 Darwin NT 0801 | | Native Title Payments | | | | $65,354.02 |
| Peter Lee Level 1A 42 Moray Street South Melbourne VIC 3205 Australia | | Travel Costs for Arbitration Hearing | | | | $7,007.56 |
| Phillips Nizer LLP 666 Fifth Avenue New York, NY 10103 | | Corporate Counsel Fees | | | | $3,898.12 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **POTA Holdings PTY LTD**<br>**PO Box 512**<br>**Matraville, NSW 2036** | | **Management Services** | **Disputed** | | | **$86,601.90** |
| **Queensland Government-DEPT of Transport**<br>**GPO Box 2211**<br>**Brisbane QLD 4001** | | **Motor Vehicle Registration** | | | | **$682.24** |
| **Quote Media Dynamic Market Data Solutions**<br>**17100 E. Shea Blvd., Suite 230**<br>**Fountain Hills, AZ 85268** | | **Shares price for Website** | | | | **$2,081.04** |
| **Richard Layton & Finger**<br>**One Rodney Square**<br>**920 North King Street**<br>**Wilmington, DE 19801** | | **Legal Fees** | | | | **$59,343.69** |
| **Robert Wang & Woo LLP**<br>**9 Temaseki Blvd**<br>**#41-01**<br>**Suntec Tower 2**<br>**Singapore 038989** | | **Legal Fees** | **Disputed** | | | **$86,330.30** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Legend International Holdings Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  8, 2016**     **X** **/s/ Joseph Gutnick**
Signature of individual signing on behalf of debtor

**Joseph Gutnick**
Printed name

**Chairman of the Board/President & CEO**
Position or relationship to debtor

# United States Bankruptcy Court
## District of Delaware

In re **Legend International Holdings Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-SEE ATTACHED-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chairman of the Board/President & CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 8, 2016**

Signature **/s/ Joseph Gutnick**

**Joseph Gutnick**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# Shareholder List

| REGISTRATION/ADDRESS | SECURITY CLASS | NUMBER OF SECURITIES | KIND OF INTEREST |
|---|---|---|---|
| ACTIVE PROPERTIES PTY LTD<br>PO BOX 409<br>ROBINA QLD 4226<br>AUSTRALIA 00000 | | 30,000 | COM |
| BBY LIMITED<br>GPO BOX 4663<br>SYDNEY NSW 1042<br>AUSTRALIA | | 218,000 | COM |
| JEFF BROUDE & ADELE BROUDE TTEES<br>BROUDE SUPERANNUATION FUND<br>16 CLIFFORD WAY<br> NORANDA WA 6062<br> AUSTRALIA | | 158,000 | COM |
| ASHLEY BROUSE CUST<br>JORDAN BROUSE UNDER THE NJ TRANS MIN ACT<br>240 DIXON AVE<br>DUMONT NJ 07628 | | 15,000 | COM |
| ASHLEY BROUSE CUST<br>NATALIE BROUSE UNDER THE NJ TRANS MIN ACT<br>240 DIXON AVE<br>DUMONT NJ 07628 | | 15,000 | COM |
| CEDE & CO (FAST)<br>P O BOX 20<br>BOWLING GREEN STATION<br>NEW YORK NY 10274 | | 147,907,916<br>(Debtor is informed that 29,300,464 shares of the above total are rescinded in accordance with an arbitration award) | COM |
| CHABAD HOUSE CAULFIELD PTY LTD<br>LEVEL 1A, 42 MORAY STREET<br>SOUTHBANK VICTORIA 3006<br>AUSTRALIA | | 19,901,250 | COM |
| DAVID CHILDS & BIANCA POWER<br>UNIT 33 7-11 COLLAROY STREET<br>COLLAROY NSW 2097<br>AUSTRALIA | | 18,823 | COM |
| CATHAL DONAL CLARKE<br>43-26 41ST ST APT 2F<br>SUNNYSIDE NY 11104 | | 24,000 | COM |
| PATRICK CONNOLLY<br>1511 TARAVAL ST<br>SAN FRANCISCO CA 94116-2370 | | 4,000 | COM |

| | | |
|---|---|---|
| NEILL M DALRYMPLE JR 224 ELMCREST DR HOLLY SPRINGS NC 27540 | 4,500 | COM |
| JEFF DEELL 5641 PROSPECT RD NEW MINAS NOVA SCOTIA B4N 3K5 B4N 3K5 CANADA | 11,250 | COM |
| WALTER H EBERT 28303 PRIVATE RD OKAHUMPKA FL 34762-3318 | 6,000 | COM |
| MARK EDWARDS 18 SELWYN ST BLACKBURN VIC 3130 AUSTRALIA | 66,282 | COM |
| VICKI ANN FENWICKE PO BOX 34 TEXAS QLD 4385 AUSTRALIA | 9,000 | COM |
| MIKE FORD & THERESA PEREZ 1048 BUANGOR-BEN NEVIS RD WARRAK VICTORIA 3377 AUSTRAILIA | 4,500 | COM |
| SEAN FRANCIS & SARAH LEANNE COLEMAN NOBBY PARK NORTH STAR NSW 2408 AUSTRALIA | 4,500 | COM |
| GARF PTY LIMITED 60 MARGARET STREET SYDNEY NSW 2000 AUSTRALIA | 482,480 | COM |
| JONATHAN HERZOG CUST ARYEH LEIB HERZOG UTMA 16553 HARTSOOK ST ENCINO CA 91436-1108 | 18,000 | COM |
| JONATHAN HERZOG CUST CHAYLA MUSHKA HERZOG UTMA 16553 HARTSOOK ST ENCINO CA 91436-1108 | 18,000 | COM |
| JONATHAN HERZOG CUST CHAYA MUSHKA HERZOG UTMA 16553 HARTSOOK ST ENCINO CA 91436-1108 | 18,000 | COM |
| JONATHAN HERZOG CUST SARAH RAQUEL HERZOG UTMA 16553 HARTSOOK ST ENCINO CA 91436-1108 | 18,000 | COM |

| | | |
|---|---|---|
| JONATHAN HERZOG & FAYGIE HERZOG<br>16553 HARTSOOK ST<br>ENCINO CA 91436 | 24,750 | COM |
| WILBERT HO & HELEN HO<br>98-390 KAMECHAMEHA HWY AIEA<br>HI 96701-4331 | 4,500 | COM |
| JOHN A HUDAK<br>5416 EDGERTON RD<br>NORTH ROYALTON OH 44133-5860 | 4,500 | COM |
| KALE CAPITAL CORPORATION LIMITED<br>C-O FERRIER HODGSON LEVEL 13<br>225 GROSVENOR PLACE SYDNEY NSW<br>AUSTRALIA 20000 | 600,000 | COM |
| ALEX KANE &<br>LEON ROSS KANE JT TEN<br>1007 VALLEY GLEN RD<br>ELKINS PARK PA 19027-1744 | 800 | COM |
| KISAN INTERNATIONAL TRADING FZE<br>EMAAR BUSINESS PARK - 2<br>OFFICE -607, LOB-19<br>P O BOX 261835<br>JEBEL ALI<br>DUBAI UAE | 5,000,000 rescinded | COM |
| SHMAYA KRINSKY<br>1365 CARROLL ST 3CC 1H<br>BROOKLYN NY 11213-4310 | 36,201 | COM |
| SUO LEE<br>4 SHIN LONG RD KWEISHANG IND<br>TAOCYOAN HSIEN<br>TAIWAN | 11,250 | COM |
| MINETTE C LEW<br>PO BOX 22729<br>HONOLULU HI 96823 | 40,000 | COM |
| SYRETTE C LEW<br>PO BOX 22729<br>HONOLULU HI 96823 | 40,000 | COM |
| WENDELL YM LEW<br>REV LIVING TR WENDELL YM LEW TTEE<br>P O BOX 22729<br>HONOLULU HI 96823-2729 | 1,180,000 | COM |
| YESHUA MONTAL<br>19 PRINCETON RD<br>ELIZABETH NJ 07208 | 400 | COM |

| | | | |
|---|---|---|---|
| PETER MORONEY<br>TRACKER NETWORK SUPER ACCOUNT<br>1 STEVENS ROAD GLENORIE NSW 2157 AUSTRALIA | | 205,895 | COM |
| PATSY M NAKAI<br>PO BOX 22729<br>HONOLULU HI 96823 | | 40,000 | COM |
| PLANETES INTERNATIONAL LIMITED<br>UNIT 820 8TH FLOOR BLOCK A DAMANSARA INTAN 1 JALAN SS 20/27<br>47400 PETALING JAYA SELANGAR DE<br>MALAYSIA | | 150,000,000 | COM |
| MONICA PRESTON<br>4 BERMUDA HARBOR<br>NOVATO CA 94949 | | 7,572 | COM |
| REGALS FUND L P<br>C/O REGALS FUND LP<br>152 WEST 57TH ST 9TH FL<br>ATTN DAVID SLAGER<br>NEW YORK NY 10019 | | 22,640,725 | COM |
| REGALS FUND LP<br>152 WEST 57TH STREET<br>NEW YORK NY 10019 | | 45,000,000 | COM |
| RENIKA PTY LTD<br>LEVEL 1A, 42 MORAY STREET<br>SOUTHBANK VICTORIA 3006<br>AUSTRALIA | | 48,775,476 | COM |
| RICCALO PTY LTD<br>PO BOX 222<br>BALACLAVA VIC 3183<br>AUSTRALIA | | 650,000 | COM |
| RICCALO PTY LTD<br>H HERZOG SUPER FUND<br>PO BOX 222<br>BALACLAVA VIC 3183<br>AUSTRALIA | | 150,000 | COM |
| KEN ROSEWALL<br>60 MARGARET STREET<br>SYDNEY NSW 2000<br>AUSTRALIA | | 257,480 | COM |
| WOLFE E RUDMAN TR<br>U/A DTD 02/27/01 FBO<br>RUDMAN FAMILY TRUST<br>350 N ERVAY APT 1401<br>DALLAS TX 75201-3919 | | 67,200 | COM |
| LORRAINE SANDERS<br>7865 AMETHYST LAKE PT<br>LAKE WORTH FL 33467 | | 2,500 | COM |

| | | |
|---|---|---|
| RICHARD SLADE<br>2697 COSTA MESA RD<br>WATERFORD MI 48329 | 15,000 | COM |
| SHANNON THERESA & PETER<br>RAYMOND CORBETT<br>PO BOX 5528<br>WAGGA WAGGA NSW 2650<br>AUSTRALIA | 6,804 | COM |
| RUDY TOMAT<br>3/227 LIVERPOOL STREET<br>DARLINGHURST NSW 2010<br>AUSTRALIA | 54,000 | COM |
| UTA MESIVTA KIRYAS JOEL<br>9 NICKLESBURG RD UNIT 312<br>MONROE NY 10950-5460 | 132,877 | COM |
| HUI WU<br>1-547 HARBORSIDE PLACE<br>JERSEY CITY NJ 07311 | 197,540 | COM |
| MICHAEL ZINDMAN & LISA<br>ZINDMAN JT TEN<br>2419 N W 40 CIRCLE<br>BOCA RATON FL 33431 | 50,000 | COM |

**Fill in this information to identify the case:**

Debtor name    **Legend International Holdings Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒   Other document that requires a declaration    Debtor's List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 8 , 2016**    X **/s/ Joseph Gutnick**
                                     Signature of individual signing on behalf of debtor

                                         **Joseph Gutnick**
                                         Printed name

                                         **Chairman of the Board/President & CEO**
                                         Position or relationship to debtor