IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LEGEND INTERNATIONAL HOLDINGS INC.<br><br>Debtor(s). | Chapter 11<br><br>Case No. 16-11131(BLS)<br><br>**Hearing Date: June 8, 2016 at 1:00 p.m. (ET)**<br>**Objection Deadline: June 1, 2016 at 4:00 p.m. (ET)** |

### SUPPLEMENTAL DECLARATION OF BEN WATERSON IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY WATERSON LEGAL

I, Ben Waterson, declare as follows:

1. I am the principal in the law firm of Waterson Legal ("**Waterson**"), a law firm located in the city of Melbourne, Victoria, Australia. I am admitted to the bar and a solicitor in good standing in accordance with all rules and requirements of the Commonwealth of Australia and the State of Victoria.

2. All facts set forth in this Declaration are based upon my personal knowledge, or learned from my review of relevant documents. To the extent any information disclosed herein requires amendment or modification as additional party in interest information becomes available to Waterson, a supplemental declaration will be submitted to this Court reflecting such amended or modified information.

3. At the request of the Office of the United States Trustee, this declaration is submitted to provide further support and relevant disclosures in connection with the application (Docket No. 18; the "**Application**") of Legend International Holdings, Inc. ("**Legend**" or "**Debtor**") to employ Waterson Legal as special counsel in Australia and to supplemental my affidavit filed therewith (the "**Original Affidavit**"). Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

1

4. As set forth in my Original Affidavit, there are currently three proceedings before the Supreme Court of Victoria with respect to Legend:

- Winding up proceeding commenced by Indian Farmers Fertiliser Cooperative Ltd. ("**IFFCO**") & Kisan International Trading Fze ("**Kisan**"), proceedings number S CI 2016 of 01290;

- Originating Process commenced by Legend for the recognition of this chapter 11 Bankruptcy Case in Australia and for the appropriate orders to be made pursuant to the Cross-Border Insolvency Act 2008 as enacted by Australia, proceedings number S CI 2016 of 01730; and

- Proceedings for freezing orders filed by IFFCO & Kisan to freeze Legend's assets until determination in the main proceedings relating to the Code, proceedings number S CI 2016 of 01784.

5. Prior to the Petition Date, Waterson provided legal services for Legend in connection with certain of these proceedings. Specifically, Waterson was engaged by Legend after the winding up proceedings were filed by IFFCO in late April 2016. Waterson provided Legend with legal advice in connection therewith and collated information necessary to prepare the Originating Process in Australia in anticipation of the Chapter 11 proceedings to be filed. Waterson further prepared the briefs to the barristers in Australia with all relevant information and documents, and liaised with them before the Chapter 11 proceedings were filed.

6. Paragraph 8 of the Application states that "On May 9, 2016 Australia time (May 8, 2016 in the U.S.) Waterson also received from a third party for the benefit of the Debtor the sum of $25,000, which was placed into Waterson's trust account." The third party referenced in paragraph 8 of the Application is Axis Consultants Pty Ltd.

7. I have reviewed the potential parties in interest listed on Annex 1 to the *Declaration of Leib M. Lerner in Support of Debtor's Application Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) for Order Authorizing Employment and Retention of Alston & Bird LLP as Bankruptcy Co-Counsel Nunc Pro Tunc to the Petition Date* (Docket No. 16) and have confirmed

that Waterson has not represented any of the entities listed therein in any matters relating to the Debtor.

      8.     To the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 2.6.2016

_____
Ben Waterson

**BEN WATERSON**
206/530 Lt. Collins St. Melbourne 3000
Australian Legal Practitioner within the
meaning of the Legal Profession
Uniform Law