**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** <br> **Legend International Holdings, Inc.,** <br><br> **Debtor.** | **Chapter 11** <br><br> **Case No. 16-11131 (BLS)** |

**ORDER GRANTING LIQUIDATORS' MOTION TO DISMISS THE DEBTOR'S
CHAPTER 11 CASE PURSUANT TO BANKRUPTCY CODE §§ 105(a) AND 305(a)**

Upon the *Liquidators' Motion to Dismiss the Debtor's Chapter 11 Case Pursuant to Bankruptcy Code §§ 105(a) and 305(a)* [ECF [ ]] (the "Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated as of February 29, 2012; and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED.

2. The Debtor's above captioned chapter 11 case is DISMISSED.

3. The Debtor's adversary proceeding styled *Legend International Holdings Inc. v. Indian Farmers Fertilizer Cooperative Limited et al.*, Case No. 16-50976 (Bankr. D. Del. filed May 17, 2016) is DISMISSED.

4. The Debtor's adversary proceeding styled *Legend International Holdings Inc. v. Queensland Phosphate PTY LTD*, Case No. 16-50982 (Bankr. D. Del. filed May 23, 2016) is DISMISSED.

5. Notwithstanding any possible application of Federal Rules of Bankruptcy Procedure 6006(d), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2016
       Wilmington, Delaware

_____
United States Bankruptcy Judge